■ VANESSA C. DAVID, Appellant, v NEW YORK CITY COMMISSION ON HUMAN RIGHTS et al., Respondents. [869 NYS2d 504]—

HRC's determination had a rational basis and was not arbitrary and capricious (*see Matter of McFarland v New York State Div. of Human Rights*, 241 AD2d 108, 111-112 [1998]). Notwithstanding petitioner's concern with HRC's alleged predisposition, the record establishes that HRC conducted a sufficient investigation, including interviewing over 20 witnesses, that was not "abbreviated or one sided" into her claims of discrimination on the basis of race, color, gender and sexual orientation (*Matter of Levin v New York City Commn. on Human Rights*, 12 AD3d 328, 329 [2004]). Nor is there evidence that HRC was biased against petitioner.

In light of the foregoing, petitioner's request to convert this proceeding into a plenary action (CPLR 103 [c]) has been rendered academic. Concur—Lippman, P.J., Gonzalez, Nardelli, Buckley and Acosta, JJ. [*See* 2007 NY Slip Op 31312(U).]